# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| SHERRI COLE, BONNIE SUE COLLINS-GOUDY, MAPLE JAMES, AND PAULA MOORE | PLAINTIFFS |
| v.     CASE NO. 5:06-CV-020 GH | |
| TYSON FOODS, INC. | DEFENDANT |

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the reasons set forth in the Stipulation of Dismissal With Prejudice (Court Docket No. 10, filed 03-07-07), the Court orders the dismissal with prejudice, of Bonnie Sue Collins-Goudy's Complaint against Defendant, Tyson Foods, Inc. Each party will bear its own costs and/or attorneys' fees.

IT IS SO ORDERED this _15_ day of _March_, 2007.

_George Howard, Jr._
U.S. DISTRICT JUDGE

APPROVED:

SCOTTY SHIVELY
CROSS, GUNTER, WITHERSPOON
  & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
P. O. Box 3178
Little Rock, AR 72203
TEL: (501) 371-9999
FAX: (501) 371-0035

ATTORNEYS FOR DEFENDANT,
TYSON FOODS, INC

By: _____
     Scotty Shively (AR Bar No. 89144)

and

Joanne M. McCracken
McCracken Law Firm
14909 N. Oak
Garfield, AR 72732
(479) 359-1300

and

J. Rebecca Hass
P.O. Box 29
Fayetteville, AR 72702
(479) 444-8698

By: _____
     Attorney for the Plaintiff